UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Georgia/Massachusetts, Inc. ) | Case No.: |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE** |
| ) | **STATEMENT** |
| vs. ) | |
| ) | 04 12007 RGS |
| Judy & Fritz Carroll ) | NG |
| ) | |
| Defendant ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Georgia/Massachusetts, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Georgia/Massachusetts, Inc., is a Rhode Island Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Georgia/Massachusetts, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Georgia/Massachusetts, Inc.
By Its Counsel,

9/15/04
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278

Page   1