**UNITED STATES DISTRICT COURT**
**DISTRICT OF MA**

| | |
|---|---|
| **Comcast of Georgia/Massachusetts, Inc.**   ) | Case No.:  04-cv-12007 NG |
| ) | |
| Plaintiff,   ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.   ) | **WITH PREJUDICE** |
| ) | |
| **Judy & Fritz Carroll**   ) | |
| ) | |
| Defendant   ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                            Respectfully Submitted for the Plaintiff,
                                            Comcast of Georgia/Massachusetts, Inc.
                                            By Its Attorney,

12/01/2004                                             /s/ John M. McLaughlin
Date                                                   John M. McLaughlin
                                                  **Green, Miles, Lipton & Fitz-Gibbon**
                                                  77 Pleasant Street
                                                  P.O. Box 210
                                                  Northampton, MA 01061
                                                  Telephone:  (413) 586-0865
                                                  BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___30th___ day of __December__, 2004, a copy of the foregoing was mailed first class to:

Judy Carroll
3 Matteson Lane
Taunton, MA  02780

Fritz Carroll
3 Matteson Lane
Taunton, MA  02780


                                                   __/s/ John M. McLaughlin___
                                                   John M. McLaughlin, Esq.

Case 1:04-cv-12007-NG    Document 5    Filed 12/01/2004    Page 2 of 2